UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99-cr-00347-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON MARIE GRAY,

    Defendant

and

USA CARRIERS,

    Garnishee.

_____

### ORDER DISMISSING WRIT OF GARNISHMENT
_____

THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss Writ of Garnishment [# 33], filed on February 3, 2007.  As ground therefor, Plaintiff states:

1. Judgment was entered herein on April 4, 2000 in the amount of $31,915.07.

2. A Writ of Garnishment directed to Defendant's employer, USA CARRIERS, was issued on December 20, 2006.

3. The garnishment should be dismissed because the Defendant has agreed to a Voluntary Wage Agreement.

After carefully reviewing the file in this case, I find that the Motion to Dismiss the Writ of Garnishment should be GRANTED.  Accordingly, it is

ORDERED that  Plaintiff's Motion to Dismiss Writ of Garnishment [# 33] is **GRANTED.**  It is

FURTHER ORDERED that the garnishment is **DISMISSED.**

Dated:  February 6, 2007

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          U. S. District Judge